IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:14CV127
                               )
         v.                    )
                               )
$565,047.00 in United States   )         ORDER
Currency, and a 2009 INFINITI  )
G37X, VIN JNKCV64F29M65483,    )
                               )
              Defendants.      )
_____)
```

  This matter is before the Court on the stipulation of the parties (Filing No. 16).  The Court finds the stipulation should be approved and adopted.  Accordingly,

  IT IS ORDERED that the stipulation is approved and adopted.  The stay is lifted, and the parties shall proceed with the remaining terms of the stipulation.

  DATED this 4th day of December, 2014.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court