IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )        8:14CV127
                                )
        v.                      )
                                )
$565,047.00 in United States    )        ORDER
Currency, and a 2009 INFINITI   )
G37X, VIN JNKCV64F29M65483,     )
                                )
                Defendants.     )
_____)


        This matter is before the Court on claimant Youna

Singh's withdrawal of verified claim and answer (Filing No. 18).

The Court finds the withdrawal should be approved.  Accordingly,

        IT IS ORDERED that the claimant Youna Singh's

withdrawal of verified claim and answer is granted.  Claimant

consents to the entry of a decree of forfeiture and will be

responsible for her own attorney's fees and costs.

        DATED this 12th day of January, 2015.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court