IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>$565,047.00 IN UNITED STATES CURRENCY and a 2009 INFINITY, VIN JNKCV64F29M65483<br><br>                    Defendants. | 8:14CV127<br><br>**DECREE OF FORFEITURE** |

      This matter comes on before the Court upon Plaintiff's Motion for Decree of Forfeiture (Filing No. 19) against the Defendant properties, Youna Singh, and any other unknown claimants.  Plaintiff is represented by Nancy A. Svoboda, Assistant United States Attorney.  Youna Singh not present, neither personally nor through counsel.  Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

      1.    A Complaint for Forfeiture *In Rem* (Filing No. 1) was filed herein on April 18, 2014.  A Warrant for Arrest *In Rem* (Filing No. 4) was issued by this Court the same day.

      2.    Publication of notice of this action and of the arrests of the Defendant properties was duly made pursuant to Order of this Court dated June 17, 2014 (Filing No.'s 6 and 15).

      3.    Youna Singh filed a Verified Claim (Filing No. 8) and an Answer (Filing No. 11) herein, alleging ownership of the Defendant properties.  On January 9, 2015, Youna Singh filed a Withdrawal (Filing No. 18) of her Verified Claim and her Answer.  In that

Withdrawal, Youna Singh states she consents to the entry of a decree of forfeiture forfeiting whatever interest she had in the Defendant properties to the United States.

    4.  Other than Youna Singh, no person or entity with an interest in the Defendant properties has filed a Claim or an Answer in response to the Complaint for Forfeiture *In Rem* within the time fixed by law.

    5.  Plaintiff's Motion Decree of Forfeiture should be sustained.

    IT IS ORDERED:

    A.  Plaintiff's Motion for Decree of Forfeiture (Filing No. 19) is hereby sustained.

    B.  All right, title and interest in or to the Defendant properties held by any person or entity is hereby forever barred and foreclosed.

    C.  The Defendant properties shall be and the same hereby are forfeited to the United States of America.

    D.  The Defendant properties shall be disposed of by the United States of America in accordance with law.

    DATED this 12th day of January, 2015.

            BY THE COURT:

            /s/ Lyle E. Strom
            _____
            LYLE E. STROM, Senior Judge
            United States District Court